DEANNA (B.)J., Appellant, v DONALD M.B., Respondent. [852 NYS2d 925]—

Memorandum: Supreme Court properly granted that part of the cross motion of defendant seeking to be relieved of his maintenance obligation based upon his clear and convincing showing of a substantial change in circumstances (*see McGuire v McGuire*, 200 AD2d 825 [1994]; *see also Sitler v Sitler*, 266 AD2d 202 [1999]). The court abused its discretion, however, in granting that relief effective August 3, 2005 rather than May 22, 2006, the date of application therefor (*see* Domestic Relations Law § 236 [B] [9] [b]; *Rosenberg v Rosenberg*, 215 AD2d 365, 367 [1995]). We therefore modify the order and judgment accordingly. Present—Scudder, P.J., Centra, Lunn, Fahey and Green, JJ.